ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                 )
                                             )
Skanska USA Civil Southeast, Inc.            )       ASBCA No. 61142
                                             )
Under Contract No. FQ12001                   )

APPEARANCES FOR THE APPELLANT:               Arnie B. Mason, Esq.
                                             Melisa A. Roy, Esq.
                                               Williams Mullen PC
                                               Tysons, VA

APPEARANCES FOR THE AUTHORITY:               Michael F. Mason, Esq.
                                             Brendan M. Lill, Esq.
                                             Nicole D. Picard, Esq.
                                               Hogan Lovells US LLP
                                               Washington, DC

                                             Jon B. Crocker, Esq.
                                               Chief Counsel
                                               Washington Metropolitan Area
                                                Transit Authority
                                               Washington, DC

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within one year of the date of this Order.

Dated: October 9, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61142, Appeal of Skanska USA Civil Southeast, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
